JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCC Controls, LLC d/b/a Primex,<br><br>    Plaintiff,<br><br>  v.<br><br>Hal Hays Construction and<br>Western Surety Company,<br><br>    Defendants. | **Case No. 5:19-cv-01655-AB-KK**<br><br>[Assigned to Hon. André Birotte, Jr.]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE, PER STIPULATION OF THE PARTIES**<br><br>Filing Date: August 29, 2019<br>Trial Date: June 15, 2021 |

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMNorth #7314105 v1

**ORDER DISMISSING CASE WITH PREJUDICE, PER STIPULATION OF THE PARTIES**

Having reviewed the Stipulation to Dismiss Case with Prejudice ("Stipulation") filed by Plaintiff MCC Controls, LLC d/b/a Primex ("Plaintiff") and Defendants Hal Hays Construction ("HHCI") and Western Surety Company ("Western Surety" or together with HHCI, the "Defendants"), and in light of the Parties' settlement set forth in the Stipulation, and good cause being shown:

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**;

2. This Case is dismissed with prejudice, with each Party to bear its own attorneys' fees and costs;

3. All remaining matters on calendar are hereby vacated, including the trial date; and

4. The Court shall retain jurisdiction to hear and receive all matters related to this Order.

**IT IS SO ORDERED**.

Dated: September 11, 2020

_____
Honorable André Birotte, Jr.
JUDGE OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA